# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-CR-00028-11 |
| v. | (Judge Brann) |
| PERMAESHWAR SINGH, | |
| Defendant. | |

## ORDER

### APRIL 10, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Court concludes that there is a realistic probability that the State of New York would prosecute individuals under N.Y. Penal Law § 220.06(1) for possession of chorionic gonadotropin and, consequently, Singh's designation as a career offender is **VACATED**; and

2. A telephone conference call with counsel of record will be scheduled by separate Order, where the parties will discuss the applicable resentencing procedures.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge