IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-CR-00028-11 |
| v. | (Judge Brann) |
| PERMAESHWAR SINGH, | |
| Defendant. | |

### ORDER

**MARCH 11, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Permaeshwar Singh's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 615) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge